*STANLEY EARL KEATHLEY*
Name
*4330 NORTH LAS VEGAS BLVD #59*
*LAS VEGAS, NV. 89115*
Address

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR = 1 2010

**MATTHEW J. DYKMAN**
CLERK

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

*STANLEY EARL KEATHLEY*, Plaintiff
(Full Name)


v.


*THE UNIVERSITY* , Defendant(s)
*of NEW MEXICO SCHOOL of LAW*

CIV - 10 - 187 *ACT*

CASE NO. _____
(To be supplied by the Clerk)
*CAPTION; C 06- 7443 MJS*
*NORTHERN DISTRICT OF CALIFORNIA*
*CAPTION; NINTH CIRCUIT COURT APPL.*
*09 - 17720*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

---

### A.   JURISDICTION


1) *STANLEY EARL KEATHLEY*, is a citizen of *CALIFORNIA*
    (Plaintiff)                                                          ( State )
who presently resides at *4330 NORTH LAS VEGAS BLVD #59 Zip 89115; TEMPORARY*
                              (Mailing address or place of confinement)
*AND MAILING THEN TO HCI BOX 606*
              *DEATH VALLEY, CA - 92328*

*Phone; 505- 277-0958*

2) Defendant *THE UNIVERSITY OF NEW MEXICO* is a citizen of
              (Name of first defendant)
*MSC 11 - 6070 / UNIVERSITY of NEW MEXICO* , and is employed as
                    (City, State)
*DEAN OF LAW SCHOOL* . At the time the claim(s)
          ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☑   No ☐   If your answer is "Yes", briefly explain:

*LOCATION IN NEW MEXICO Corporation ;*

*- AS TO THE PEOPLE PREJUDICES ARE A PROBLEM*
   *i.) PET a DOG MAY die due TO OUR APARTMENT ARSEIN*
   *ii.) PROPERTY LIABILITY INSURANCE, NOT ABLE TO RECOVER*
   *iii.) MEDICAL BILL - Additional THIS YEAR THE SAME / PROBLEMS*
                                                              *IN FAMILY*
XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)  *Stanl E Keathly 3-1-10 date;*   *EXIST - RAPE-*

3) Defendant _____"DE"_____ *C06-7443 m55* is a citizen of
                    (Name of second defendant)

_____ , and is employed as
          (City, State)

— *THE PEOPLE* — . At the time the claim(s)
          ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☑   If your answer is "Yes," briefly explain:

*PREJUDICES EXIST AND PERSIST ANYTIME—;*

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

*THE INTERNAL REVENUE CODE of 1986 / TAX BENIFIT*

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

*THE CASE HAD BEEN FILED IN THE NORTHERN DISTR-ICT OF CALIFORNIA - OAKLAND DIVISION; MAGISTRATE Judge WAYNE BRIZIL — Upon POLICE ACTS OF VIOLENCE A CHARGE OF MAGISTRATES TOOK PLACE — REPLACING Judge BRIZIL WITH SUSAN ILLSTON US DISTRICT Judge / SAN FRANCISCO DIVISION 7-28-06 WDB change TO SI 8-17-06. MEDICAL BILLS AROSE. EMBAUCK 11-14-06 TO MAGISTRATE Judge MARTIN J. JENKINS. MEDICAL BILLS ROSE AND THE CASE Dismissed — DUE TO WATER Contamination OF MERCED County and Medical BILLS ROSE AND A Process TO Collect Failed —*

*Stanley E. Keith  3-1-2010*

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  MONETARY Prejudices —
INSURANCE Liability FOR PERSONNEL INJURIES —
I'm WITH NO RECOVERY on ALL Accidents Except
7-14-09 AUTO Accident; BUT TO A LOT OF Time
TO Represent MY SELF.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

MY SELF AND CHP OFFICER (STATE OF CALIFORNIA HIGH-
WAY PATROL) MET WITH SUPERIOR COURT Chief Judge
OF SANTA ROSA, CA. — CAROL Bonella 6-19-2007
FOR Traffic Trial — The allegations OF Officer Thomas
AT LEAST ONE Time WAS EXTREME AND HARD-TO-
Believe. The Decision Split.

B)(1)  Count II:
AIR or FLIGHT piloT — CAR Accident 7-10-09
AND 7-14-09. INSURANCE Adjuster Sherry Axel of
LAS Vegas, NV. Found me NO FAULT while Setting in Parking
LoT at Blue Gum and Carpenter — MODESTO. CA. Home Depot
STORE . Suspended License of California Granted BACK 1-28-10
by Hearing Officer Ground of Fresno Driver Safety Branch .

(2) Supporting Facts:

THE HARD TEST of mr. Ground — I made a passing
SCORE; by phone and at DMV Location . The
Prejudice of Time Caused me To act more
Serious and File Today For Remeddy TO enroll
in LAW School .

Stanley E. Keith

C)(1)  Count III:

Alligations of Victimization Are Continually Ariseing To my Self. Police methods of FAEEING To Neighbore-Womans And Young Mens Using Street Drugs - Pourd q Sickness - As To THAT Ive written To Governer Gibbons of NEVADA.

(2)  Supporting Facts:

The City Police Continue to IGnore This Violence; THE Sickness From Arsien Happened Causeing Blood in Stools - The pet Dog may die Due Too - AND McVey Incidents Relieve and Larke Numbers Complain of Discrimination - Then Some Die, Violence Continues Too.

## D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑  No ☐  If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a)  Parties to previous lawsuit.

Plaintiffs:  California Hwy Patrole

Defendants:  Stanley E. Kenthley

b)  Name of court and docket number:

SONOMA County Supeior Cowet - Docket No. CHP 88006 DM   6-21-07
CA. STATE BAR; Office of Chief Counsel INTAKE - INQUIRY # 09-25923   12-4-09
US Bankeuptcy Cowet - Case # 07-10239 AS7   6-5-07

c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

BANKRUPTCY 7  NO Assets  Settled. 6-5-07

d)  Issues raised:  Civil RGHTS

XE-2    2/78              — 4 —

e) Approximate date of filing lawsuit: _____7-28-06_____ Civil Rights___

f) Approximate date of disposition: _____NONE_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

Civil Rights - Descrimination # no Settlement - TOTAL Lower Courts Settle As occurred.

Bankruptcy is Too No Recovery of Insurance For Medical Bills — Dental, back Surgery, broken Arm, Contaminated WATer. Legal Representation Failures

E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: - MAY I REPRESENT MYSELF -; Due To These repititious Losses, No recovery, AND Refusal OF Legal Representation; AND AS IF A HARSH Act To Get STopped THe No. 1 Complaint FAST - AND with A violent Fist Act. PAIN HAPPENS until The Losses become TO LARGe — AND CANCer or mAy be DeATH To Soon. Please see my eyes, Fill with ANxiety & PAIN -

_____PRO SE_____        _____Staly Earl Kanthly_____
Signature of Attorney (if any)          Signature of Petitioner

209-329-8411

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at <u>PETE V. DOMENICI UNITED STATES Court House 333 LOMAS BLVD. NW. ALBUQUERQUE, N.M. 87102</u> on <u>MARCH 01,</u> 20<u>10</u>
                       (Location)                                              (Date)

_____
            (Signature)

MARCH 01, 2010
TiME; 2:30 PM

# The University of New Mexico

## SCHOOL OF LAW APPLICATION FOR ADMISSION, 2010

Application Deadlines: For first-year class – February 15; Transfer and Visitor – July 15

Name  Keathley                          Stanley              Earl
       *Last*                           *First*              *Middle*

Other name in which transcripts will arrive   none-

LSAC account #:  L 2 9 1 3 7 3 2 2

Social Security Number  5 5 6 - 8 0 - 5 5 3 3   (Will not be used as your primary University ID. If you are unable to provide a Social Security Number, the University will provide an alternative number for you. Please refer to the statement on Social Security Numbers)*

This application is for admission as a:  ☒ First-year Student  ☐ First-year Flexible Time Student  ☐ Transfer Student  ☐ Visiting Student

Have you previously applied for admission to the UNM School of Law?   ☐ Yes  ☒ No   If yes, when? _____
                                                                                                    *MM   YYYY*

Are you applying for a dual degree program?  ☐ Yes  ☒ No   If yes, which program? JD

Please list the date(s) on which you have taken or will take the LSAT. *MM/DD/YYYY*  02-07-2009

Name of person(s) writing recommendation(s) (one letter is required). You must check the box below if you wish to have your application held for review until both letters have arrived.

  1. Belan Wagner

  ☐ 2. _____

Your Mailing Address (valid until _____ )
                                   *MM/DD/YYYY*

P. O. Box 606
*Street*

Death Valley          C A        92328
*City*                *State*    *Zip*

Telephone ( _____ ) _____

Email address: _____

Your Permanent Address

HC 1 Box 606
*Street*

Death Valley          C a        92328
*City*                *State*    *Zip*

Telephone ( 209 ) 3298411

Email address: stanbk@vzw.blackberry.net

Office of Admissions
The University of New Mexico School of Law
MSC 11 - 6070
1 University of New Mexico
Albuquerque, NM 87131-0001
Phone - (505) 277-0958
Fax - (505) 277-9958
http://lawschool.unm.edu

*SOCIAL SECURITY NUMBERS*
The Federal Privacy Act of 1974 requires that you be notified that disclosure of your SSN is mandatory, based on University regulations. Your SSN is used to ensure an accurate academic record and to provide full access to all services such as financial aid. Your SSN will not be used as your primary University identification number. If you are unable to provide a SSN, the University will assign an alternative number to you. This will not impact the admission decision.

NOTICE OF APPEAL to a Court of APPEALS
FORM 2 JUDGMENT or Order of a DISTRICT COURT

_Place of Trial;_

1 of 2 pg
'09-11-16 day

CV 06-7443 MJJ

UNITED STATES DISTRICT COURT For the NORTHERN
DISTRICT of California

RECEIVED

NOV 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

File NUMBER SEC*ARO-1244243
PHONE* 404-842-7600 Direct Line
JAMES L. CARLEY, Associate Regional Director

See
Enclosed
Order-Agency.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 2 0 2009

FILED
DOCKETED

NOTICE IS HEREBY Given that - Agency; Department to
Motor Vehicles Licensing Operations Division; Drive Rabets Brand
2510 SOUTH EAST AVENUE, Suite 310 / Fresno, Ca. 93706 - Telephone*
(559) 445-6399 / FAX; (559) 445-6398; defendant STANLEY EARL Keathley;
in THE ABOVE NAMED CASE "Enclosed" *d DS 286 10 26 0950396912;
hearby appeal to the United States Court of APPEALS
for the NINTH Circuit from an Order, Form a final
judgment SEC*ARO-1244243; entered in this action;
ON THE 27 day of SEPTEMBER 2007.

Circuit Rule in MOTION - Rule 3-5.
the Complaint; Fraud; ~~Superceded~~ SUPERSEDED EVIDENCE of
; U.S. SUPREME COURT. RULING -

FR Civ. P. Supp. C(6).2; FR Civ. P. Supp. C(3); and Civ. L.R. 7-11.
Rule 4. ~ ~ attachment. Garnishment AND ARREST of Prop.
Civil L.R. 3-16 (1),(2),(3) and Civil L.R. 3-17 (a)* MUST REDACT;"
(a)* E-Government Act of 2002; Pursuant to Civil L.R. 79-5

NOTICE OF APPEAL to z Court of APPEALS

FORM z JUDGMENT or Order of c DISTRICT COURT

Continue - page no. 2;

Complaint: "RECALCITRANT
                WITNESS APPEAL."

Complaint:  Attorney Fees and -
            Court Costs - *

sign: Stanley E Keathley        date: November 16, 2009

STANLEY EARL KEATHLEY
4330 NORTH LAS VEGAS BLVD. - *59
LAS VEGAS, NEVADA 89115

phone * (209) 329-8411

* SUMMARY NOT ENCLOSED -

STATE OF CALIFORNIA - BUSINESS, TRANSPORTATION AND HOUSING AGENCY                    ARNOLD SCHWARZENEGGER, Governor    **910**

**DEPARTMENT OF MOTOR VEHICLES**
LICENSING OPERATIONS DIVISION
Driver Safety Branch
2510 South East Avenue, Suite 310
Fresno, CA   93706



Telephone: (559) 445-6399    FAX: (559) 445-6398

## ORDER OF SUSPENSION

DS286102609S0396912
Stanley Earl Keathly
Hc Po Box 606
Death Valley Ca 93238

| DRIVER LICENSE OR FILE NUMBER |
| --- |
| S0396912 |
| VEHICLE CODE AUTHORITY SECTION |
| 12805  12806  12809  13359  ☐ 13953  ☐ 14252  ☐ 14103 |
| SPENSION    ☐ REVOCATION |

You are unable to operate a motor vehicle safely because of:  <u>A lack of skill</u>.

privilege to operate a motor vehicle is withdrawn effective <u>October 31, 2009</u>.

Your       driving test  ☐ written test results were unsatisfactory.

☐ Your medical information was not favorable.

☐ You violated the terms and conditions of your probation.

☐

**You have the right to request a hearing.**

To request a hearing you must contact the department within ☐ 10 days from the date of this order if personally served, or within ☐ 14 days from the mailing date of this order if received by mail.  If a hearing is requested, you will be notified by mail of the date, time, and location.

If you do not want a hearing at this time, an interview may be scheduled at a later date upon your request.

For information regarding the hearing process, please see the reverse side of this form.

☒  You may apply in person for an identification card at any DMV field office if you do not already have one.  You may make an appointment by visiting the DMV website at:  <u>www.dmv.ca.gov</u> or calling our Telephone Service Center at 1-800-777-0133.  If a withdrawal action has been taken because of a medical condition, you may obtain an identification card at no cost upon surrender of your unexpired California Driver License.

**THIS ACTION IS INDEPENDENT OF ANY OTHER ACTION TAKEN BY THE COURT OR THIS DEPARTMENT**

☐ presented to the person named above a true copy of this document.
☒ deposited in the United States mail ☒ at the address shown above, ☒ at <u>Fresno</u>
a true copy of this document, in a sealed envelope, with postage prepaid, addressed to the person as shown on this document; that I am over the age of eighteen years, an employee of the Department of Motor Vehicles at the business address as shown above in the county where the office is located; and that I am not a party to the cause herein mentioned.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | NAME OF AUTHORIZED DMV EMPLOYEE | SIGNATURE OF AUTHORIZED DMV EMPLOYEE |
| --- | --- | --- |
| October 27, | | |
| California Rel | om | 0-735-2922 |

DS 2439PM (REV 3/2009)

*A Public Service Agency*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

ORDER OF THE CHIEF JUDGE

_____

IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

3:06-cv-07443 MJJ   Keathley v. Barnhart

      When the Electronic Case Filing (ECF/e-filing) program was established for civil cases in January 2003 (see generally General Order 45), the court's practice was to exclude from the e-filing program cases in which any party was not represented by an attorney.  Pursuant to Part III of General Order 45, the court's ECF webpage provided: "All cases involving pro se parties are excluded from the e-filing program and must be filed entirely in paper, unless otherwise ordered by the court."

      Effective immediately, cases with unrepresented party litigants  in which at least one party is represented by an attorney will no longer be excluded from the e-filing program.  All *represented* parties will e-file their submissions to the court on the same basis as in cases not involving pro se litigants and in compliance with all parts of General Order 45.  *Represented* parties will be required to serve paper copies by mail on *unrepresented* parties only.  As before, unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge in a particular case.

      IT IS SO ORDERED.

Date:  May 11, 2007

                                Vaughn R Walker
                                United States District Chief Judge

United States District Court
For the Northern District of California

APP. Cl.

Appellant's failure to comply with this rule may result in dismissal of the appeal in accordance with Circuit Rule 42-1.

(b) The requirement for filing a Civil Appeals Docketing Statement shall not apply to:

(1) an appeal in which the appellant is proceeding without the assistance of counsel;

(2) an appeal from an action filed under 28 U.S.C. §§ 2241, 2254, 2255; and,

(3) petitions for a writ under 28 U.S.C. § 1651. (rev. 7/97)

Cross Reference: FRAP 33 and Circuit Rule 33-1, Appeal Conferences; Form 6, Appendix of Forms.



Every notice of appeal from an order holding a witness in contempt and directing incarceration under 28 U.S.C. §1826 shall bear the caption "RECAICI-TRANT WITNESS APPEAL."  Immediately upon filing, the notice of appeal must be forwarded by the district court clerk's office to the Court of Appeals clerk's office.  It shall also be the responsibility of the appellant to notify directly the criminal motions unit of the Court of Appeals that such a notice of appeal has been filed in the district court.  Such notification must be given both in writing and by telephone ██████████ within 24 hours of the filing of the notice of appeal.  The written notification shall be addressed to:

MOTIONS UNIT
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

A failure to provide such notice may result in sanctions against counsel imposed by the court. (eff. 7/1/97)

Cross Reference: FRAP 27, Motions; Circuit Rules 27-1 through 27-10, Motions Practice; Circuit Rule 10-1, Notice of Filing of Appeal; Docket Sheet; Circuit Rule 25-1, Principal Office of Clerk.

### CIRCUIT ADVISORY COMMITTEE
### NOTE TO RULE 3-5

*A recalcitrant witness summarily ordered confined pursuant to 28 U.S.C. § 1826(a) is entitled to have his appeal from the order of confinement decided within 30 days after the filing of the notice of appeal.  In the interest of obtaining a rapid*

- 8 -

(b)  Within 7 calendar days of filing a notice of appeal from an order specified in subparagraph (a), the parties shall arrange for expedited preparation by the district court reporter of all portions of the official transcript of oral proceedings in the district court which the parties desire to be included in the record on appeal. Within 28 days of the docketing in the district court of a notice of appeal from an order specified in subparagraph (a), the appellant shall file an opening brief and excerpts of record.  Appellee's brief and any supplemental excerpts of record shall be filed within 28 days of service of appellant's opening brief.  Appellant may file a brief in reply to appellee's brief within 14 days of service of appellee's brief. (rev. 12-1-02)

(c)  The principal brief of any party may be accompanied by a separately filed request for oral argument setting forth the reasons why oral argument should be heard and why the appeal should be decided by a merits panel.  The request shall not exceed 5 pages.

(d)  The appeal and any pending motions shall, upon the filing of appellee's brief, be referred to the next available motions/screening panel for disposition.  The panel may set a date for oral argument or, pursuant to FRAP 34(a) and Cir. R. 34-4, decide the appeal on the briefs without oral argument.  Alternatively, the motions/screening panel may refer the matter to the next available merits panel for disposition.

(e)  If a party files a motion to expedite the appeal or a motion to grant or stay an injunction pending appeal, the Court may order a schedule for briefing and/or a procedure for disposition of the appeal that differs from the schedule and procedure set forth in subparagraphs (b) and (d) of this rule. (eff. 7/95)

Cross References: FRAP 8 and Circuit Rules 27-2, 27-3, Stay or Injunction Pending Appeal; FRAP 10 and Circuit Rules 10-2, 10-3, Record on Appeal; Circuit Rule 30-1, Excerpts of Record; FRAP 34(a) and Circuit Rules 34-3, 34-4, Priority Cases and Requests for Oral Argument.


# CIRCUIT RULE 3-4

## CIVIL APPEALS DOCKETING STATEMENT

(a)  Except as provided in section (b) below, appellant in each civil appeal shall complete and submit to the district court upon the filing of the notice of appeal an original and one copy of the Civil Appeals Docketing Statement on the form provided as Form 6, in the Appendix of Forms.  Appellant shall attach copies of judgments, orders, opinions, and findings of fact and conclusions of law of the district court that will be relevant to the major issues it anticipates raising in the appeal.  Any Civil Appeals Docketing Statement submitted after the filing of the notice of appeal shall be submitted to this court rather than the district court.

Within 7 days of service of the Civil Appeals Docketing Statement, appellee may file a response with this court.  Parties shall serve copies of the Civil Appeals Docketing Statement on all parties to the district court case.

**Civil Local Rules**

**(c)** ▮▮▮▮▮▮▮▮▮▮ The Certification of Interested Entities or Persons must take the following form, as is appropriate to the proceeding:

    **(1)** If there is an interest to be certified: "Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest). Signature, Attorney of Record."

    **(2)** If there is no interest to be certified: "Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Signature, Attorney of Record."

    **(3)** Certification, pursuant to this subsection, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ at the end of the complaint, answer, or other initial pleading.

**3-17.** ▮▮▮▮▮▮

    **(a) Documents Filed in the Public File.** In compliance with the policy of the Judicial Conference of the United States and the E-Government Act of 2002, and in order to promote electronic access to case files while also protecting personal privacy and other legitimate interests, parties must refrain from including, or ▮▮▮▮ ▮▮▮▮▮▮ where inclusion is necessary, the following personal data identifiers from all pleadings and other papers filed in the public file, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court.

    **(1) Social Security Numbers.** If an individual's social security number must be included in a pleading or other paper filed in the public file, only the last four digits of that number should be used.

    **(2) Names of Minor Children.** If the involvement of a minor child must be mentioned in a pleading or other paper filed in the public file, only the initials of that child should be used.

    **(3) Dates of Birth.** If an individual's date of birth must be included in a pleading or other paper filed in the public file, only the year should be used.

**Civil Local Rules**

**(4) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be included in a pleading or other paper filed in the public file.

**(b) Documents Filed in Criminal Cases.** In addition to the redaction of personal identifiers required in part (a) of this rule and in compliance with the policy of the Judicial Conference of the United States, if a home address must be included in a pleading or other paper filed in the public file in a criminal case, only the city and state should be listed.

**(c) Documents Filed in Social Security Administrative Review Cases.** Paper filings of transcripts of administrative records in social security review cases are not subject to the requirements of part (a) of this local rule.

**(d) Documents Filed Under Seal.** In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers listed above may file an unredacted document under seal pursuant to Local Rule 79-5, or may file a reference list under seal pursuant to Civil L.R. 79-5. The reference list must contain the complete personal data identifier(s) and the redacted identifier(s) used in its (their) place in the filing. All references in the case to the redacted identifiers included in the reference list will be construed to refer to the corresponding complete personal data identifier. The reference list must be filed under seal, subject to the provisions of Civil L.R. 79-5, and may be amended as of right. The unredacted version of the document or the reference list will be retained by the Court as part of the record. The party must file a redacted copy for the public file.

**(e) Responsibility.** The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk will not review each pleading or other paper for compliance with this rule.

**Admiralty Local Rules**



## ~~ATTACHMENT, GARNISHMENT AND ARREST OF~~ **PROPERTY**

~~4-1.~~

The summons issued pursuant to FRCivP Supp C(3) shall direct the person having control of intangible property ~~to show cause,~~ no later than 10 days after service, why the intangible property should not be delivered to the court to abide the judgment. Pursuant to *ex parte* motion made under Civil L.R. 7-11, for good cause shown, a judge may lengthen or shorten the time. Service of the summons has the effect of an arrest of the intangible property and brings it within the control of the court. The person who is served may deliver or pay over to the marshal the intangible property proceeded against to the extent sufficient to satisfy the plaintiff's claim. If such delivery or payment is made, the person served is excused from the duty to sho~~w~~

**4-2. Notice of Action and Arrest.**

(a) **Publication.** The notice required by FRCivP Supp C(4) shall be published once in a newspaper named in Civil L.R. 77-4, and plaintiff's attorney shall file a copy of the notice as it was published with the clerk. The notice shall contain:

(1) The court, title, and number of the action;

(2) The date of the arrest;

(3) The identity of the property arrested;

(4) The name, address, and telephone number of the attorney for plaintiff;

(5)(i) In an in rem forfeiture action for violation of a federal statute, a statement that any person who asserts an interest in or right against the property pursuant to FRCivP. Supp C(6)(a) must file a verified statement identifying such interest within 30 days after the earlier of (1) the date of service of the Government's complaint or (2) completed publication of notice und~~er~~

**Admiralty Local Rules**

### 3-2. When Assigned Judge Unavailable.

If the judge to whom a case under these admiralty local rules has been assigned is not available, as defined in Civil L.R. 1-5(n), any matter pertaining to arrest, attachment, garnishment, security or release may be presented to any other judge in the district without reassigning the case.

### 3-3. Return Date.

In an action under FRCivP Supp D, a judge may order that the claim and answer be filed on a date earlier than 20 days after arrest. The order may also set a date for expedited hearing of the action.

### 3-4. Process Held in Abeyance.

If a party does not wish the process to be issued at the time of filing the action, the party shall request that issuance of process be held in abeyance. It will not be the responsibility of the clerk or the marshal to ensure that process is issued at a later date.



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

May 1, 2008

PIU: 215363

Mr. Stanley Keathley
1848 North Ashby Road, #69
Merced, CA 95348

**RE:   Allegations of Victimization**

Dear Mr. Keathley:

Thank you for your letter to the Office of Attorney General Edmund G. Brown Jr. dated April 8, 2008.

In your letter, you state that you are a "victim of chromium and arsenic ingestion by well-water at the address I [you] live." You provide a copy of letter written by the California Regional Water Quality Control Board, Central Valley Region regarding groundwater remediation waste discharge requirements. The letter addresses the former Baltimore Aircoil Company facility. You appear to seek legal counsel in pursing a legal action regarding your claim that the waste discharge in this matter adversely affected your health.

While we appreciate hearing from citizens on matters of public concern, please be informed that the Attorney General's Office is prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances.

We recommend that you consult with a private attorney. An attorney would directly represent your interests and is the one whose advice would be most helpful to you. You may obtain a referral to a certified lawyer referral service by calling the State Bar at 1-866-442-2529, or via their website at: http://www.calbar.ca.gov.

We regret than we cannot be of further assistance to you, but hope that the information we have provided clarifies our restrictions in regard to your request. Thank you again for writing.

Sincerely,

Bill Canepa
Public Inquiry Unit

For   EDMUND G. BROWN JR.
Attorney General

**LSAC**

# LSDAS CONFIRMATION

| ACADEMIC INSTITUTION(S) | CODE | DEGREE/DATE | PERM. RESIDENCE | | RACE/ETHNICITY | |
|---|---|---|---|---|---|---|
| SAN JOAQUIN DELTA COLLEGE | 4706 U | | CA | | CW | |
| GOLDEN GATE UNIVERSITY | 4329 G | MS-01/88 | | | | |
| CALIFORNIA STATE UNIVERSITY-SACRAMENTO | 4671 U | BS-01/82 | MAJOR FIELD | BIRTH DATE | | GENDER |
| | | | 200/345 | 05/27/51 | | M |

SOC.SEC./SOC. INS.        ***-***-5533

LSAC Account No.          L29137322

Stanley E Keathley
PO BOX 606
DEATH VALLEY, CA 92328

REGISTRATION PERIOD
EXPIRES:        01/21/14

PRELAW ADVISOR NAME AND TELEPHONE NUMBER:     Laurie Kubicek    916-278-6485

Dear Applicant:

This letter is confirmation of your LSDAS registration. You should read the *2008 - 2009 LSAT & LSDAS Information Book* so you are familiar with LSDAS policies and procedures. To obtain a copy of the current Information Book, call 215.968.1001 or you may download the Information Book text from our Web site at www.LSAC.org.

The name and telephone number of the prelaw advisor at your undergraduate degree-granting school is provided above. Prelaw advisors provide a range of valuable services to prospective law students which may include information, resources, and guidance on law schools, law school admission, financing a legal education, the LSAT, and the application process.

Please check carefully the information noted above, which was provided by you at the time you registered for the LSDAS. Due to space limitations, school names may be abbreviated. Your race/ethnicity, as shown above, will be reported to the law schools only if you had indicated consent at the time of your LSDAS and/or LSAT registration. **If all of the information is correct, no further action is necessary.** However, if any of the information is incorrect, please draw a line through the inaccurate information and provide the correct information next to it. Sign and date this form on the lines provided below. Return this letter to: **Law School Admission Council, 662 Penn Street, Box 2000-C, Newtown, PA 18940-0994.** We will correct the error as rapidly as possible. Refer to page 5 in the *Information Book* for more information on changing or correcting biographical information. Note: *If you have recently submitted corrections pertaining to data on this form, you do not need to duplicate them on this form.*

Graduate work and any work reported to LSAC that was not indicated at the time you registered for the LSDAS may not be included in the information listed above. Reports from law schools of prior matriculation or intent to matriculate will be noted on your LSDAS Law School Report. You will have a chance to check this information when you receive your Master Law School Report.

LSAC will send you an Activity Update at the same time each month to acknowledge that activity has occurred within your file. The update **will not be sent** during months in which no activity occurs. Keep all Activity Updates so that you have a complete record of information and activity in your file.

You may also check the up-to-date status of your file online using our Web site at www.LSAC.org.

Signature

February 09, 2009

Date

COPYRIGHT © 2008 LAW SCHOOL ADMISSION COUNCIL

**LSAC**   Law School Admission Council
Box 2000 ■ Newtown, PA 18940-0998

215.968.1001
Fax: 215.968.1119
E-Mail: Lsacinfo@LSAC.org

January 22, 2009

Dear Applicant:

We are pleased to inform you that your request for a fee waiver has been approved by the Law School Admission Council (LSAC).

Be aware that your fee waiver can be used for services ordered between 1/21/2009 and 1/21/2011 only.

Please note that your fee waiver covers the following LSAC services only:

* two LSATs (test dates must fall within the two year waiver period);
* an LSDAS registration, which includes the letter of recommendation service and the electronic law school application service;
* four free LSDAS law school reports—available only after LSDAS registration is complete; and
* one free copy of the Official LSAT SuperPrep®.

If you have not already requested all covered services, you may register online at www.LSAC.org or via mail by completing the LSAT/LSDAS Registration Form. If you subsequently register by mail, be sure to include a note indicating you have an approved fee waiver or a copy of this letter. Applicable deadlines must be met for LSAT registrations.

Feel free to contact our office with any questions.

Sincerely,

Law School Admission Council                                    FW-1

Stanley E Keathley
PO BOX 606
DEATH VALLEY, CA 92328

EDUCATION   Ch. 70

## WESTLAW ELECTRONIC RESEARCH

See WESTLAW guide following the Explanation pages of this volume.

The purpose of this part is to

learning environment that supports student academic achievement, and drug-free
through provision of Federal assistance to—

(a) States for grants to local educational agencies and consortia of such agencies to establish, operate, and improve local programs of school drug and violence prevention and early intervention;

(b) States for grants to, and contracts with, community-based organizations and public and private entities for programs of drug and violence prevention and early intervention, including community-wide drug and violence prevention planning and organizing activities;

(c) States for development, training, technical assistance, and coordination activities; and

(d) public and private entities to provide technical assistance, conduct training, demonstrations, and evaluation; and to provide supplementary services and community-wide drug and violence prevention planning and organizing activities for the prevention of drug use and violence among students and youth.

(Pub.L. 89–10, Title IV, § 4002, as added Pub.L. 107–110, Title IV, § 401, Jan. 8, 2002, 115 Stat. 1734.)

## HISTORICAL AND STATUTORY NOTES

**Revision Notes and Legislative Reports**

**2002 Acts.** House Conference Report No. 107–334 and Statement of President, see 2001 U.S. Code Cong. and Adm. News, p. 1230.

**Prior Provisions**

A prior section 7102, Pub.L. 89–10, Title IV, § 4002, as added Pub.L. 103–382, Title I, § 101, Oct. 20, 1994, 108 Stat. 3672, set forth purposes, before the general revision of this subchapter by Pub.L. 107–110, Title IV, § 401, Jan. 8, 2002, 115 Stat. 1734.

A prior section 4002 of Pub.L. 89–10 was classified to 20 U.S.C.A. § 3042, prior to the general amendment of Pub.L. 89–10 by Pub.L. 103–382.

## LIBRARY REFERENCES

**Texts and Treatises**

17 Fed. Proc. L. Ed. Health, Education, and Welfare § 42:1566.

244

---

Ch. 70   ELEMENTARY AND SECONDARY SCHOOLS   20 § 7103

## WESTLAW ELECTRONIC RESEARCH

See WESTLAW guide following the Explanation pages of this volume.

## Notes of Decisions

**Generally 1**

**1. Generally**

School authorities did not violate Safe Schools Act by showing deliberate indifference to elementary school student attacked by bullies, so as to be subject to suit under §§ 1983; authorities were not

under notice of potential liability under Act, as its primary purpose was to provide funding to ensure school safety and there was no decision involving its use to impose liability for injuries to students. Stevenson ex rel. Stevenson v. Martin County Bd. of Educ., F.Supp.2d 644, Civil Rights E.D.N.C.1999, 93 Schools ⊜ 89.1(1)

There are authorized to be appropriated—

such sums for fiscal year 2002, and for each of the 5 succeeding fiscal years, for national programs under subpart 2.

(Pub.L. 89–10, Title IV, § 4003, as added Pub.L. 107–110, Title IV, § 401, Jan. 8, 2002, 115 Stat. 1734.)

## HISTORICAL AND STATUTORY NOTES

**Revision Notes and Legislative Reports**

**2002 Acts.** House Conference Report No. 107–334 and Statement of President, see 2001 U.S. Code Cong. and Adm. News, p. 1230.

**References in Text**

Subpart 1, referred to in subsec. (a)(1), is classified to 20 U.S.C.A. § 7111 et seq.

Subpart 2, referred to in subsec. (a)(2), is classified to 20 U.S.C.A. § 7131 et seq.

§ 5, set out as a note under 20 U.S.C.A. § 6301.

**Prior Provisions**

A prior section 7103, Pub.L. 89–10, Title IV, § 4003, as added Pub.L. 103–382, Title I, § 101, Oct. 20, 1994, 108 Stat. 3672, set forth purposes, before the general revision of this subchapter by Pub.L. 107–110, Title IV, § 401, Jan. 8, 2002, 115 Stat. 1734. See, now, 20 U.S.C.A. § 7102.

A prior section 4003 of Pub.L. 89–10 was classified to 20 U.S.C.A. § 3043, prior to the general amendment of Pub.L. 89–10 by Pub.L. 103–382.

## LIBRARY REFERENCES

**Encyclopedias**

68 Am. Jur. 2d Schools §§ 326, 331.

**Texts and Treatises**

17 Fed. Proc. L. Ed. Health, Education, and Welfare § 42:1566.

## WESTLAW ELECTRONIC RESEARCH

See WESTLAW guide following the Explanation pages of this volume.

245

DEPARTMENT OF MOTOR VEHICLE
LICENSING OPERATION DIVISION
DRIVER SAFETY BRANCH
2510 SOUTH EAST AVENUE, SUITE 310
FRESNO, CA. 93706

STANLEY EARL KEATHLEY
le: S0396912

He P.O. BOX 606
DEATH VALLEY, CA. 92328
SEE BELOW —

THEY FOLLOW. see above follow page item 2

STANLEY E. KEATHLEY

NEW Address / FWD.ng MAIL —

4330 LAS VEGAS BLVD., APT 59
LAS VEGAS, NV, 89115

phone (209) 329-8411

15

*Follow page 1*                                                          *♣ 2b V*

687                              HOSPITALS                    **Int. 2**

9.  If so, for each test, state:                     *Follows to*
                                                      *These Test*
    a.  The time and date of the test                *Canters and*
                                                      *Some employees*
    b.  The nature of the test                        *expose me.*

    c.  The purpose of the test

    d.  The results of the test

    e.  The name, address and job rating of the per-
        son who supervised the test

    f.  How the test helped decide which anesthetic
        drug to use

**Recovery From Anesthesia**

*a watcher.*

10.  How long does it normally take for a patient to recover
     from anesthesia induced by the drug that was adminis-
     tered to the plaintiff?

11.  How long did it take the plaintiff to recover from anes-
     thesia?

12.  What is the usual behavior of patients during recovery
     from anesthesia?

13.  What was the behavior of plaintiff during recovery from
     anesthesia?

14.  Do some patients require physical control during the proc-
     ess of recovery from anesthesia?

15.  During the process of recovery from anesthesia, are per-
     sons generally assigned to the care of the patient?

16.  Was anyone assigned to care for plaintiff during the proc-
     ess of recovery from anesthesia?

17.  If so, for each person, state:

                              (Rel. No. 13—9/76 to V.1–10)     (B.F.D.)

*16*

DENTISTS-87                DENTISTS                    Int. 5

NO. 5

## DEFENDANT'S INTERROGATORIES

**to**

**Plaintiff—Dental Malpractice Action for Failing to Diagnose Oral Cancer.**

Summary of Form

*File check list with the Blade book.*

Identification (Q 1)

Employment History (Q 2)

Tobacco Use

—Identification (Q 3)

—Details (Q 4)

Exposure to Smoke (Q 5)

Alcohol Use (Q 6)

Symptoms Experienced

—Identification (Q 7)

—Details (Q 8)

Pre-Injury Medical History

—Prior Dental/Medical Practitioners (Q 9)

—Prior Hospitalization (Q 10)

—Prior Surgeries (Q 11)

—Prior Bills (Q 12)

—Prior Disabilities/Handicaps (Q 13)

Personal Injuries Sustained (Q 14)

Post-Injury Medical History

—Subsequent Dental/Medical Practitioners (Q 15)

—Subsequent Hospitalization (Q 16)

—Subsequent Surgeries (Q 17)

—Subsequent Bills (Q 18)

Resulting Bills/Expenses (Q 19)

Loss of Income (Q 20)

Special Damages (Q 21)

Previous Claims for Personal Injuries (Q 22)

Existence of Pertinent Facts Standard of Care (Q 23)

(Ref.171-9/05 Feb.103)

MERCED COUNTY SHERIFF'S DEPARTMENT
MARK N. PAZIN SHERIFF-CORONER
700 W 22ND STREET
MERTED CA 95340

REPORT AREA: 5A              REPORT TYPE: INCIDENT REPORT
CASE NO: 20090009581        REPORTING OFFICER: HEANEY 9191
SECTION-CODE: SC251         CLASSIFICATION: CIVIL PROBLEM
INCIDENT DATE/TIME FROM: 070307                TO:
REPORT DATE: 031908   REPORT TIME: 1715   TYPED BY: SIMONE 5703
LOCATION OF OCCURRENCE: 9481 SHANKS RD DELHI

_____
                          PERSONS SECTION
INVOLVEMENT: REP              REPORT DATE: 03 19 08
NAME: KEATHLEY,STANLEY
REMARKS: 329-8411 (C).

_____
                         NARRATIVE SECTION
     ON 3-19-08, AT APPROXIMATELY 1755 HOURS, I WAS DISPATCHED TO THE
LOBBY OF THE MERCED COUNTY SHERIFF'S DEPARTMENT FOR THE REPORT OF SOME
TYPE OF HARASSMENT.
     UPON ARRIVAL AT THE MERCED COUNTY SHERIFF'S DEPARTMENT MAIN OFFICE
LOBBY, I WAS MET BY A WHITE MALE ADULT, WHO VERBALLY IDENTIFIED HIMSELF
AS STANLEY KEATHLEY, DATE OF BIRTH 5-27-08, AND TOLD ME THE FOLLOWING.
     ON APPROXIMATELY 7-3-06, KEATHLEY MOVED INTO THE MODERN MOBILE
HOME TRAILER PARK LOCATED AT 1848 ASHBY ROAD, SPACE NUMBER 69, IN
MERCED.  KEATHLEY TOLD ME THAT ON 10-5-07, HE BEGAN TO RECEIVE WEIGHT
LOSS, RASHES, BLISTERS, ABDOMINAL PAIN AND URINAL BLEEDING, ALLEGEDLY
CAUSED BY THE WELL DRINKING WATER AT THE MOBILE HOME PARK.
     KEATHLEY TOLD ME HE WENT TO THE EMERGENCY ROOM APPROXIMATELY SIX
TIMES AND HAS SEEN A DOCTOR THREE TO FOUR TIMES.  HE STATED THAT HE IS
NOW TAKING THREE OR FOUR DIFFERENT TYPES OF MEDICATION.  KEATHLEY TOLD
ME THE WELL WATER HAS SOME TYPE OF BACTERIA ALGAE IN IT AND THAT HE
TOOK A SAMPLE TO THE DEPARTMENT OF INTERIOR IN FRESNO.  HE SAID THE
WATER TESTED POSITIVE FOR BACTERIA, AS WELL AS FOR WASTE SEWER WATER.
     KEATHLEY TOLD ME HE WAS IN THE PROCESS OF OBTAINING AN ATTORNEY
AND GOING TO CONFRONT THE OWNERS OF THE MODERN MOBILE HOME TRAILER
PARK.  AT THAT TIME I ASKED HIM IF ANY OTHER RESIDENTS AT THE MOBILE
HOME PARK HAVE BECOME SICK.  KEATHLEY TOLD ME HE WAS NOT AWARE OF
ANYONE.  KEATHLEY HAD NO FURTHER INFORMATION FOR ME AT THE TIME.
     I ADVISED KEATHLEY THAT THIS WAS A CIVIL MATTER AND THAT HE WAS
GOING TO HAVE TO TAKE THE MATTER UP WITH THE OWNERS OF THE MODERN
MOBILE HOME TRAILER PARK.  KEATHLEY TOLD ME HE UNDERSTOOD, AND JUST
WANTED THE SHERIFF'S DEPARTMENT TO BE AWARE OF THE PROBLEM.
     I TOLD KEATHLEY THAT I WOULD BE FILING A REPORT AT THE MERCED
COUNTY SHERIFF'S DEPARTMENT MAIN OFFICE, WHERE HE COULD OBTAIN A COPY.
I GAVE HIM MY NAME, TELEPHONE NUMBER AND CASE NUMBER FOR THIS REPORT.
     NO FURTHER INFORMATION AT THIS TIME.
                    HEANEY 9191 / JJJ 3-19-08

              THIS IS THE END OF THIS REPORT

           Action Report Approved By: J-11

                    Controlled Document

CALIFORNIA CODES
**PENAL CODE**
SECTION 346-368


346.  Any person who, without the written permission of the owner or
operator of the property on which an entertainment event is to be
held or is being held, sells a ticket of admission to the
entertainment event, which was obtained for the purpose of resale, at
any price which is in excess of the price that is printed or
endorsed upon the ticket, while on the grounds of or in the stadium,
arena, theater, or other place where an event for which admission
tickets are sold is to be held or is being held, is guilty of a
misdemeanor.


**347.**  (a) (1) Every person who willfully mingles any poison or
harmful substance with any food, drink, medicine, or pharmaceutical
product or who willfully places any poison or harmful substance in
any spring, well, reservoir, or public water supply, where the person
knows or should have known that the same would be taken by any human
being to his or her injury, is guilty of a felony punishable by
imprisonment in the state prison for two, four, or five years.
   (2) Any violation of paragraph (1) involving the use of a poison
or harmful substance that may cause death if ingested or that causes
the infliction of great bodily injury on any person shall be punished
by an additional term of three years.
   (b) Any person who maliciously informs any other person that a
poison or other harmful substance has been or will be placed in any
food, drink, medicine, pharmaceutical product, or public water
supply, knowing that such report is false, is guilty of a crime
punishable by imprisonment in the state prison, or by imprisonment in
the county jail not to exceed one year.
   (c) The court may impose the maximum fine for each item tampered
with in violation of subdivision (a).


347b.  It shall be unlawful for any person, firm or corporation to
manufacture, sell, furnish, or give away, or offer to manufacture,
sell, furnish, or give away any alcoholic solution of a potable
nature containing any deleterious or poisonous substance, and the
*burden of proof shall be upon the person, firm, or corporation*
manufacturing, selling, furnishing, or giving away, or offering to
manufacture, sell, furnish, or give away, any such alcoholic solution
of a potable nature containing any deleterious or poisonous
substance, to show that such alcoholic solution of a potable nature
did not contain any deleterious or poisonous substance.  Every person
who violates any of the provisions of this section is guilty of a
misdemeanor, and shall be punished by a fine not exceeding two
thousand five hundred dollars ($2,500), or by imprisonment in a
county jail not exceeding one year, or by both such fine and
imprisonment.


350.  (a) Any person who willfully manufactures, intentionally
sells, or knowingly possesses for sale any counterfeit of a mark
registered with the Secretary of State or registered on the Principal
Register of the United States Patent and Trademark Office, shall,



Phone (209)329-8411



**ARROWHEAD**
**REGIONAL MEDICAL CENTER**
**909 580-1400**

08/09/09
V00005591310
KEATHLEY,STANLEY
ED TRIAGE
Kollen,Robert S MD, STF

# Foreign Body - Swallowed



Swallowing a foreign object is most often done by toddlers and young children. Common objects swallowed include coins, buttons, marbles, small toys, small disk batteries, and beads.

Many times, there are no signs or symptoms when a foreign object is swallowed. If symptoms do occur, they may include neck, chest, or abdominal pain, difficulty breathing or speaking, difficulty swallowing, fever, and blood in the stool.

Most swallowed objects pass through the gastrointestinal (GI) tract without problems. Home monitoring may be necessary by checking the stool after each bowel movement. A follow-up is typically required within one week.

A swallowed foreign object in generally not an emergency unless the object gets stuck or can cause an injury (like burns from a battery or a tear from a sharp edge). In these cases, removing the object may be necessary.

## Home Care

There is usually no special care required if a foreign body is removed from the GI tract without problems.

### Prevention

- Keep small objects out of reach of children.
- Tell children not to put anything into their mouths or other body openings.

### When to Call the Doctor

Call your doctor, or go to the Emergency Department, if you develop:

- fever
- return of symptoms caused by swallowing the object
- difficulty breathing or swallowing
- any bleeding
- abdominal or chest pain

# UMC

| | |
|---|---|
| ENC# 17254459 | 58  DOB  5/27/1951 |
| KEATHLEY, STANLEY E | |
| Rubio, Ernesto | M |
| MR#  000-679-488  475 ADM  9/08/2009 | |

## PRIMARY CARE INTAKE FORM          Room # ___

| | |
|---|---|
| **BP** 18/176  **Temp:** 98  **Pulse:** 67  **Resp:** 14 | **Allergies:** ___ |
| **Weight:** 144 (kg/lb)  **Height:** 5'8" (cm/inch) | |
| **Age:** 56  **LMP:** ___  **MOA** (Ambulatory)  Wheelchair | **See Med Sheet:** ☐   **Not currently taking meds:** ☐ |
| | **Med list updated** ☑  Yes /No Change |
| **Educational Barriers:** Yes No  **Nutritional:** Yes No | |
| **Smoker:** Yes No  **ETOH** Yes (No) | **Nurse Signature** ___  **Time:** 1120 |

**Substance Abuse:** ___

**Chief Complaint:** ___

Pain Level: **Ped:** 0 2 (4) 6 8 10
**Adult:** 0 1 2 3 4 (5) 6 7 8 9 10

**Frequency:** intermittent

Are you in a relationship in which you have been hurt/threatened?
☐ Yes ☐ No  Domestic Violence kit given ☐
Other:

**Have you had a recent fall?** ☐ YES ☑ NO
**IN YOUR EVERYDAY ACTIVITIES**
**Are you afraid of falling?** ☐ YES ☑ NO
**Do you have any physical limitations?** ☐ YES ☑ NO
**USE OF WALKER, CRUTCHES, CANE, BLIND, HOH**
*Nurse to initial star if pt at risk for fall*

**CONTRIBUTING FACTORS:**
☐ Age < 5 yr
☐ Recent ALOC
☐ PMH SUBSTANCE ABUSE
☐ CURRENT MEDICAL CONDITION
☐ MEDICATION
Strength and Balance Assessment? ☐ YES  NO ☐  Pass ☐  Fail ☐

## NOTES

## DISCHARGE INSTRUCTIONS

1)
2)
3)
4)

## PHYSICIAN ORDERS

1)
2)
5)

7)
8)

☐ **TRANSFER TO UMC FOR ADMISSION – ACCEPTING PHYSICIAN:** ___
☐ Obtain medical records from: ___
☐ Medication reconciled / copy to patient
**Physician /Provider Signature:** ___  **Stamp:** ___  **Time:** ___  **Physician LOS** 1 2 (3) 4 5
☐ **Return to Clinic in:** ___ days / weeks / (months) / years

**Pain Level @ Discharge** **Ped:** 0  2  4  6  8  10   **Adult:** 0 1 2 3 4 (5) 6 7 8 9 10

If you do not improve or worsen, return to the clinic or go to the Emergency Room

**Education Material:** ___

I HAVE RECEIVED AND UNDERSTAND THE ABOVE INSTRUCTIONS AND ALL OF MY QUESTIONS HAVE BEEN ANSWERED.

**Patient Signature:** ___  **Nurse Signature:** ___  **Time:** 1230  **Facility LOS** 1 2 3 4 5

Form # 400 (Revised 6/07)

**UMC NELLIS PRIMARY CARE**
63 North Nellis Boulevard
Las Vegas, NV 89110
Phone: (702) 383-6250
Fax: (702) 459-8497

(LABEL W/ PATIENT DEMOGRAPHICS)

## UMC REFERRAL FORM
## PATIENT MUST COMPLETE THE FOLLOWING:

| Today's Date: | 5/23/05 | Insurance: | | Employer: | |

| Insured Name: | | ID #: | |

| Patient Name: | Stanley Houghen | DOB: | SSN: |

| Address: | City: | State: | Zip Code: |

| Hm Phone: | Wk Phone: |

| Best day/date/time for appointment: | ☐ 1st choice | ☐ 2nd choice |

**Release of appointment information:**
- ☐ Ok to leave appointment information and instructions on my answering machine or voice mail.  **YES    NO**
- ☐ Ok to give appointment information to: (name of friend/relative)_____

Your physician has ordered the referral or procedure described below. As the patient, you are responsible for making certain this occurs. As a service to you, however, our Referral Office will work with you to schedule a convenient appointment. If you do not hear from the Referral Office prior to the "needed by" date listed below, please call the UMC Central Referral Office at 383-2060. Please note that an authorization received from your insurance company does not guarantee eligibility, coverage of benefits, or payment of claims. Patient, or authorized representative, also consents to the release of medical records to the Referral Physician (specialist) and the Physician Referral Department.

| (Patient Signature or Telephone Consent by) | (Date) |

## COMPLETE THE FOLLOWING FOR A SPECIALIST OR DIAGNOSTIC REFERRAL

| Referring For: Specialty | CARdiology | ☐ This referral was completed by Primary/Quick Care. Sent to Physician Referral for documentation only |

| Specialist Name: | Dr Wilton | ☐ Patient established with or requested this specialist. |

| Specialist Address: | | For Physician Referral office use only |

| Procedure: | | CPT Code: |

| Diagnosis: | CAD in me | CPT Code: |
| | peck eclosm | ICD9 Code: |
| | | ICD9 Code: |

| Clinical Hx: | | ICD9 Code: |

| Current Medications: | |

| Allergies: | |

| Needed By: | _____days | (1 wk) | 2 wks | 4wks | 6wks | 2mos |

**White - Referral Office        Yellow - Chart        Pink - Patient        Blue - Log Book**

Physician Signature _____

Printed/Stamped Name_____

NPI #_____

# Heart Center of Nevada

---

Sohail U. Anjum, M.D., F.A.C.C.

Moniz M. Dawood, M.D., F.A.C.C.

Zia U. Khan, M.D., F.A.C.C.

Charles Spielman, M.D., F.A.C.C.

Carlos C. Emanuel, M.D., F.A.C.C.

Shaheen N. Chowdhry, M.D.

Dost M. Wattoo, M.D., F.A.C.C.

Salvador G. Borromeo III, M.D.

Jose Hernani T. Aquino, M.D.

Alan D. Steljes, M.D., F.A.C.C, F.R.C.P.C.

Mark Taylor, M.D.

January 7, 2004

TO WHOM IT MAY CONCERN:

RE:   KEATHLEY, STANLEY

Mr. Keathley has recently suffered some personal losses resulting in his not being able to keep medical follow-up appointments with me.

Because of his medical condition, it is imperative that he follow through with all test and appointments.  Failure to do so could be life threatening.

Please feel free to contact me if you need any further information.

Sincerely,

Dost M. Wattoo, M.D., F.A.C.C.

DMW/mam

**Form 4.**    **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

United States District Court for **NORTHERN** District of **CALIFORNIA**

**STANLEY EARL KEATHLEY**
A.B., Plaintiff

v.                            Case No.: **C 06 - 07443 MJJ**

**JOANN BARNHART, COMMISSIONER**
C.D., Defendant
**FOR SOCIAL SECURITY et. al...**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Stanley Earl Keathley* | Date: *September 16, 2007* |

My issues on appeal are:    **ATTACHED - MEHAM**

(e)    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

23

## California Jurat

State of _California_

County of _Merced_                    ] ss.

Subscribed and sworn to (or affirmed) before me on _16th_ day of _September_

_2007_ , by _Stanley Earl Keathey_ and

_____ , ~~personally known to me~~ or
Name of Signer (If Any)

proved to me on the basis of satisfactory evidence to be the person(s) who
appeared before me.

R. ALEJO
Commission # 1683227
Notary Public - California
Merced County
My Comm. Expires Jul 22, 2010

_____
Signature of Notary Public

This area for official notarial seal

––––––––––––––––––––––– *Optional* –––––––––––––––––––––––

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Form 4 - Affidavit Accompanying Motion for Permission to write Appeal_

Document Date: _April 23, 2007_   Number of Pages: _41_

Signer(s) other than named above: _____

© 2004 Notary Learning Center - All Rights Reserved          Order Online at www.NotaryLearningCenter.com

24

STANLEY EARL KEATHLEY; In re:    Case no. _____ -

1848 N. ASHBY Rd, #69    , My Social Security No. - 5533

MERCED, CA. 95348-

telephone ≠ 209-329-8411

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

application to proceed in

FORMA pauperis, Supporting

Documentation AND ████████s    ┌ENCLOSURE - General Orders/s
                                └ - by VAUGHN R. WALKER;
                                        ^

CONTINUE; page no. 2

The summons issued pursuant to FR Civ P Supp C(3) shall direct the person having control of intangible property to show cause, no later than 10 days after service, why the intangible property should not be delivered to the court to abide the judgment. Pursuant to ex parte motion made under Civil L.R. 7-11, for good cause shown, a judge may lengthen or shorten the "time". Service of the summons has the effect of an arrest of the intangible property and bring it within the control of the court. The person who is served may deliver or pay over to the marshal the intangible property proceeded against, to the extent sufficient to satisfy the plaintiffs' claim. If such delivery or payment is made, the person served is excused from the duty to show cause. Claimants of the property may show cause as provided in FR CivP Supp C(6) why the property should not

2                                    25

STANLEY EARL KEATHLEY; In Re:    Case No. _____

1848 N. ASHBY Rd., #69    , my Social Security No.  -5533

MERCED, CA. 95348-

telephone # 209-329-8411

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

application to proceed in

FORMA Pauparis, SUPPORTING

DOCUMENTATION AND ORDER;

CONTINUE; Page No. 3

be delivered to or retained by the

court.

~~AND my~~ ~~child for ham seven~~.

WHY?!!!

DATE; October 15, 2007    sign; Stanley Earl Keathley

3 - ALL    26



GREG FERRARO
*Chairman*

STATE OF NEVADA

**COMMISSION ON JUDICIAL DISCIPLINE**

P.O. Box 48

Carson City, Nevada    89702

Telephone (775) 687-4017    •    Fax (775) 687-3607

Website: http://www.judicial.state.nv.us

DAVID F. SARNOWSKI
*General Counsel and*
*Executive Director*

**February 12, 2008**

Mr. Stanley Keathley
1848 N. Ashby Rd. #69
Merced, CA  95348

Re:  2008-013

Dear Mr. Keathley:

Your complaint, above-numbered, has been received and will be submitted to the Commission at its next scheduled meeting. You are advised that your complaint has not been disclosed to the judge in this matter and should not be disclosed. Should the Commission need further information from you during the course of its consideration of your case, you will be contacted.

Please note that in accordance with Nevada Revised Statutes 1.4683 through 1.4693, all proceedings must remain confidential until the Commission has made a determination of whether there is a reasonable probability that the evidence available could establish grounds for disciplinary action and a Formal Statement of Charges has been filed against the judge. NRS 1.4985 provides that any person who breaches the confidentiality of judicial disciplinary proceedings is subject to being found guilty of contempt.

This confidentiality protects both the complainant and the judge. Please do not reveal the fact that you have filed a complaint until you are advised by this office that you may do so. You may be assured that the Commission carefully considers every complaint

(NSPO Rev. 2-07)

February 12, 2008
Page Two of Two

_____

it receives and that your complaint will be considered by the Commission as soon as
practicable. We will advise as to the disposition.

Very truly yours,

NEVADA COMMISSION ON
JUDICIAL DISCIPLINE

_Kathy L. Schultz_

Kathy L. Schultz
Management Analyst II

/kls

28

1  STANLEY EARL KEATHLEY

ORIGINAL
FILED

DEC - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

2  Name of Attorney for Plaintiff/Name of Plaintiff (if pro se)

3  P. O. BOX 6
Address

4  INDIAN SPRINGS, NV. 89018

6  MESSAGES BY BROTHER 209-614-3050
Telephone Number

7  W/REFERENCE LV-06-04616-SI crA

8  Facsimile Number

9  _____
State Bar Number of Attorney

10

11  **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA**      **ADR**

13  STANLEY EARL KEATHLEY

14  Plaintiff,      **C06-07443**  **MJJ**

15  v.      Case No. _____

16  Joann Barhart, Commissioner
Commissioner of Social Security,      **COMPLAINT FOR JUDICIAL REVIEW**
**OF DECISION OF COMMISSIONER**

17  2115 BROADWAY      **OF SOCIAL SECURITY**
Defendant.      (Administrative Procedure Act Case)

18  OAKLAND, CA 94612

19      The above-named plaintiff makes the following representations to this court for the purpose of

20  obtaining judicial review of a decision of the defendant adverse to the plaintiff:

21      1.    The plaintiff is a resident of   AMARGOSA VALLEY
City

22  NEVADA
State

23      2.    The plaintiff complains of a decision which adversely affect the plaintiff in whole or in part.

24  The decision has become the final decision of the Commissioner for purpose of judicial review and bears

25  the following caption:      *Judgement ibi

26  /// AWARDS - SEPTEMBER 1989; i * To MAXIMUM DIS-
ABILITY AMOUNT

27  /// FOR THE FOLLOWING REASONS; POLICE BRUTALITY
WITH HOUSING OVER COSTLY MEDICAL bills WITH

28  /// DISCRIMINATION AND THE CAUSE OF MY STROKE.
CRUSIAL ACCIDENTS HAPPENS; BROKEN
ARM SEPTEMBER 18, 2006

COMPLAINT  with -MEHAM and live-kind personal
Duran.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

**450 GOLDEN GATE AVENUE**
**SAN FRANCISCO, CA 94102**
**(415) 522-2000**
(415) 355-8000

Stanley E. Keathley
4330 North Las Vegas Blvd, Apt. #59
Las Vegas, NV 89115

**SUBJECT:    Request for Payment of Docket Fee**

Title ____Keathley v. Barnhart_____ .

Case No. __C 06-7443 MJJ__ / 09-17720 __

U.S. Court of Appeals Case No. _____

A notice of appeal was filed with this Court on ____11/25/09____ and the U.S.

Court of Appeals docket fee of **$455.00** has not been received.  The docket fee should be

forwarded to this office immediately.

A check should be made payable to "**Clerk, U.S. District Court**" and returned in

the envelope provided.

Sincerely yours,

RICHARD W. WIEKING, Clerk

_____
Case Systems Administrator

cc:  USCA

NDC App 5 Rev. 8-79

ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:06-cv-07443-MJJ
# Internal Use Only

Keathley v. Barnhart
Assigned to: Hon. Martin J. Jenkins
Cause: 42:1983 Civil Rights Act

Date Filed: 12/05/2006
Date Terminated: 11/27/2007
Jury Demand: None
Nature of Suit: 443 Civil Rights:
Accomodations
Jurisdiction: U.S. Government
Defendant

## Plaintiff

**Stanley Earl Keathley**

represented by **Stanley Earl Keathley**
1848 N. Ashby Road # 69
Merced, CA 95348
(209) 329-8411
PRO SE

V.

## Defendant

**Jo Ann Barnhart**
*Commissioner of Social Security*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2006 | ❸ 1 | COMPLAINT (no process) against Jo Ann Barnhart (Filing fee: IFPP). Filed by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/06/2006) |
| 12/05/2006 | ❸ 2 | MOTION for Leave to Proceed in forma pauperis filed by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/06/2006) |
| 12/05/2006 | ❸ 3 | ADR SCHEDULING ORDER: Case Management Statement due by 3/6/2007. Case Management Conference set for 3/13/2007 02:00 PM. (slh, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/06/2006) |
| 01/04/2007 | ❸ 4 | ORDER by Judge Martin J. Jenkins DENYING 2 Motion for Leave to Proceed in forma pauperis; the filing fee of $350.00 is due no later than 2/5/07. (slh, COURT STAFF) (Filed on 1/4/2007) (Entered: 01/05/2007) |
| 03/12/2007 | ❸ 5 | ORDER TO SHOW CAUSE by Judge Martin J. Jenkins re why plaintiff's should not be dismissed for failure to prosecucte; written response due |

| | | within 10 days of the date of this Order; vacating the 3/13/07 case management conference. (slh, COURT STAFF) (Filed on 3/12/2007) (Entered: 03/15/2007) |
|---|---|---|
| 03/12/2007 | | (Court only) ***Deadlines terminated. (slh, COURT STAFF) (Filed on 3/12/2007) (Entered: 03/15/2007) |
| 03/23/2007 | ➲ 6 | Letter dated 3/20/07 from Stanley Keathley re Order to Show Cause.. (slh, COURT STAFF) (Filed on 3/23/2007) (Entered: 03/27/2007) |
| 04/04/2007 | ➲ 7 | ORDER DISMISSING CASE for failure to prosecute. Signed by Judge Martin J. Jenkins on 04/04/07. (rbe, COURT STAFF) (Filed on 4/4/2007) Additional attachment(s) added on 4/4/2007 (rbe, COURT STAFF). (Entered: 04/04/2007) |
| 04/23/2007 | ➲ 8 | AMENDED COMPLAINT against Jo Ann Barnhart. Filed by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 4/23/2007) (Entered: 04/27/2007) |
| 05/11/2007 | ➲ 9 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (slh, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
| 06/04/2007 | ➲ 10 | NOTICE of Change of Address and Request for copy filed by Stanley Earl Keathley. (cc of Complaint sent to plaintiff at new address) (slh, COURT STAFF) (Filed on 6/4/2007) (Entered: 06/13/2007) |
| 06/22/2007 | ➲ 11 | Letter dated June 19, 2007 from Stanley Earl Keathley with attached exhibits. (gsa, COURT STAFF) (Filed on 6/22/2007) (Entered: 06/27/2007) |
| 06/22/2007 | ➲ 12 | MOTION for Order to Show Cause filed by Stanley Earl Keathley. (gsa, COURT STAFF) (Filed on 6/22/2007) (Entered: 06/27/2007) |
| 07/10/2007 | ➲ 13 | NOTICE of Change of Address by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 7/10/2007) (Entered: 07/11/2007) |
| 08/15/2007 | ➲ 14 | Letter dated 8/13/07 from Stanley Keathley re motions to show cause and briefs. (slh, COURT STAFF) (Filed on 8/15/2007) (Entered: 08/22/2007) |
| 09/10/2007 | ➲ 15 | ORDER by Judge Martin J. Jenkins denying 12 Motion for Order to Show Cause and Order to Show Cause why plaintiff's case should not be dismissed for failure to prosecute (Attachments: # 1 Certificate of Service) (aaa, Court Staff) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/10/2007 | ➲ | Received Documents submitted by Stanley Earl Keathley; clerk unable to determine the nature of documents labeled: "Transmission Verification Report", Judicial Order-Memorandum Tax Deduction", "Motion to Show Cause-Administrative Procedure Act Case", etc. (slh, COURT STAFF) |

| | | |
|---|---|---|
| | | (Filed on 9/10/2007) (Entered: 09/14/2007) |
| 09/17/2007 | 🌐 16 | Letter in Response to Order to Show Cause 15 by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 9/17/2007) (Entered: 09/28/2007) |
| 09/17/2007 | 🌐 17 | MOTION to Propound More Interrogatories filed by Stanley Earl Keathley. (slh, COURT STAFF) (Filed on 9/17/2007) (Entered: 09/28/2007) |
| 10/12/2007 | 🌐 18 | ORDER DISMISSING AMENDED COMPLAINT FOR FAILURE TO PROSECUTE; plaintiff shall file a second amended complaint, if any, within 30 days of the filing of this order. Signed by Judge Martin J. Jenkins on 10/12/2007. (ls, COURT STAFF) (Filed on 10/12/2007) Modified on 10/16/2007 (slh, COURT STAFF). (Entered: 10/16/2007) |
| 10/25/2007 | 🌐 | Received Documents re the relevants of submitted documents by Stanley Earl Keathley. (sv, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/26/2007) |
| 11/27/2007 | 🌐 19 | ORDER DISMISSING CASE. Signed by Judge Martin J. Jenkins on 11/27/2007. (mjjlc1, COURT STAFF) (Filed on 11/27/2007) Additional attachment(s) added on 11/27/2007 (rbe, COURT STAFF). (Entered: 11/27/2007) |
| 11/27/2007 | 🌐 | (Court only) ***Civil Case Terminated. (rbe, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 11/25/2009 | 🌐 20 | NOTICE OF APPEAL as to 19 Order by Stanley Earl Keathley. Filing fee not paid. (Attachments: # 1 Envelope)(slh, COURT STAFF) (Filed on 11/25/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 🌐 21 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 20 Notice of Appeal. (Attachments: # 1 Appeal Notification, # 2 Docket Sheet)(slh, COURT STAFF) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 🌐 22 | Mailed request for payment of docket fee to appellant (cc to USCA) (slh, COURT STAFF) (Filed on 12/4/2009) (Entered: 12/04/2009) |



**WKBK&Y**

Wagner Kirkman Blaine
Klomparens & Youmans LLP
Attorneys at Law

March 17, 2009


Humphreys College
Laurence Drivon School of Law
Attn: Registrar- Wendy
6650 Inglewood Avenue
Stockton, CA 95207

To Whom It May Concern:

Mr. Stanley Keathley was a student in my class at Golden Gate University. He was diligent, prepared, and punctual. I am sure he will be successful in any endeavor and has the talent to become a successful and contributing lawyer. I recommend him for admission.


Very truly yours,

**WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP**

BELAN KIRK WAGNER

00418260

Case No. C 06-7443 MJJ

Stanley E. Keathley
~~4330 North Las Vegas Blvd, Apt~~ #59
~~Las Vegas, NV 89115~~
New;
HC 1 Box 606
DEATH VALLEY. CA- 92328

## SUMONS

For the reason their — with prejudices
I have added for admission to Law School
Below Kirk Wagner's Letter of recommendation
as Superseded Evidence — AS A COMPLAINT —;
that my performance is acceptable for
Admitting me — Stanley E. Keathley — here
at Albuquerque, N.M. — University School
of Law —.

Stanley E. Keathley
date — March 1, 2010



# UMC
UNIVERSITY MEDICAL CENTER
THE SYMBOL OF EXCELLENCE

## PRIMARY CARE INTAKE FORM        Room # _____

---

**BP:** ___/___  **Temp:** ____  **Pulse:** ____  **Resp:** ____

**Weight:** ____ (kg/lb)  **Height:** _____ (cm/inch)

**Age:** _____  **LMP:** _____  **MOA –Ambulatory   Wheelchair**

**Educational Barriers:  Yes   No     Nutritional:      Yes   No**
**Smoker:                Yes   No     ETOH             Yes   No**

**Substance Abuse:** _____

**Chief Complaint:** _____

**Pain Level:   Ped:   0    2    4    6    8    10**
**             Adult: 0  1  2  3  4  5  6  7  8  9  10**

**Location:** _____
**Duration:** _____
**Frequency:** _____

**Are you in a relationship in which you have been hurt/threatened?**
☐ Yes  ☑ No        Domestic Violence kit given ☐
**Other:** _____

---

**Allergies:** _____

**Type of Reaction** _____

See Med Sheet: ☐          Not currently taking meds: ☐
Med list updated ☐   Yes / No Change

**Nurse Signature:** _____  **Time:** _____

Have you had a recent fall?          ☐ YES ☐ NO
**IN YOUR EVERYDAY ACTIVITITES**
Are you afraid of falling?           ☐ YES ☐ NO
Do you have any physical Limitations? ☐ YES ☑ NO
**USE OF WALKER, CRUTCHES, CANE, BLIND, HOH**
*Nurse to initial star if pt at risk for fall*

**CONTRIBUTING FACTORS:**
☐  Age < 5 Yrs
☐  Recent ALOC
☐  PMH SUBSTANCE ABUSE
☐  CURRENT MEDICAL CONDITION
☐  MEDICATION
Strength and Balance Assessment? ☐ YES   NO ☐   Pass ☑  Fail ☐

---

**NOTES**

**DISCHARGE INSTRUCTIONS**

1) Cont. ___ ____
   ____ ____
2) Go for ___
3) Go For fasting labs.
4)

**DIAGNOSIS**
1) CAD S/p ___      4)
2) ___ ___          6)
3) Varicose Veins

**PHYSICIAN ORDERS**

1) ____ ____ ____ parcel
2) Obtain medical records /
   Dr Paul ___ Reddy
3) (209) 383-3152
   Cardiology Dr ____
4) Dr Dryewski  McCarran
5) PC
   2006
   Fasting labs.   2006
6) CBC
   Cmp
   TSH
   Lip. ___
   U/A ___, CC + ___ ☐
   PSA       8)
   9)

---

☐ **TRANSFER TO UMC FOR ADMISSION - ACCEPTING PHYSICIAN:** _____
☐ **Obtain medical records from:** _____    ☐ *Return to Clinic In:* ___ *days / weeks / months / years*
☐ **Medication reconciled / copy to patient**
**Physician /Provider Signature:** _____  **Stamp:** _____  **Time:** _____  **Physician LOS** 1 2 3 4 5

**Pain Level @ Discharge   Ped:   0    2    4    6    8    10      Adult:  0  1  2  3  4  5  6  7  8  9  10**

If you do not improve or worsen, return to the clinic or go to the Emergency Room          NP-2

**Education Material:** _____

**I HAVE RECEIVED AND UNDERSTAND THE ABOVE INSTRUCTIONS AND ALL OF MY QUESTIONS HAVE BEEN ANSWERED.**

**Patient Signature:** _____  **Nurse Signature:** _____  **Time:** 0910  **Facility LOS** 1 2 3 4 5

*Form # 480 (Revised 6/07)*

# DMV
**STATE OF CALIFORNIA**
DEPARTMENT OF MOTOR VEHICLES

**AUTOMOBILE REGISTRATION CARD**

**VALID FROM**

**04/14/2009 TO 04/14/2010**

| LICENSE NUMBER |
| --- |
| **5YPL399** |

| YEAR MODEL | MAKE |
| --- | --- |
| **2004** | **FORD** |

**REGISTERED OWNER**

KEATHLEY STANLEY EARL
606 JUNCTION HWY 127
HCI PO BX 606
DEATH VALLEY CA 92328

**LEGAL OWNER**

CSAA
1964 SABRE ST
HAYWARD CA 94545



A:
PAY-OFF => TOTAL LOSS
S.E. Keathly 7-14-2008

| Vehicle Identification Number | | |
| --- | --- | --- |
| 1FAFP40614F233914 | | |
| Body Type | Type Veh. | Type Lic. |
| CP | 17 | 11 |
| MP | Axles UNLADEN/G/CGW | WC |
| G | | |

| Year First Sold | VLF Class |
| --- | --- |
| 2004 | DL |
| Date Issued | Year |
| 10/16/2009 | 2005 |
| County Code | Fees Paid |
| 14 | NO FEE |

**IMPORTANT:** This card or facsimile copy shall be kept in the vehicle for which it is issued. This requirement does not apply when the vehicle is left unattended. It need not be displayed, however, it must be presented to any peace officer upon demand.

| MO | Clearance # | PC |
| --- | --- | --- |
| QX | 185091006  E40029F1000000 | L |

1. You should already have a current year sticker on your vehicle. However, if you have not received your sticker within 30 days of paying your renewal fees, please contact DMV at 1-800-777-0133.

**IMPORTANT:** California law requires that every driver or owner of a vehicle shall maintain liability insurance or another form of financial responsibility at all times. Written evidence of liability insurance must be carried in each vehicle and presented upon request to a peace officer or if you are involved in an automobile accident.

2. If you do not receive a renewal notice, contact DMV. You must do this on or before the vehicle expiration date or penalties will be due in accordance with Vehicle Code Sections 9552-9554. If you are cited for not registering your vehicle, the court may impose a fine.

3. When writing to DMV, always give your full name, present address, vehicle make, license plate and vehicle identification numbers.

4. Immediately notify DMV by mail or in person on the proper forms when:
   You change your address.
   You sell your vehicle.
   You are involved in an accident (whether or not it was your fault) when the damage is over $750, any bodily injury or death.

For more information, visit our website at www.dmv.ca.gov or call 1-800-777-0133.

KEATHLEY STANLEY EARL
606 JUNCTION HWY 127
HCI PO BX 606
DEATH VALLEY CA 92328

11100
REG 17.21 (REV 09/05)
0001544



# TRAFFIC DOCKET AND MINUTES
## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
### NOTICE SENTENCE COMMITMENT FORM

6/21/07  11:00A  SR CRI  TRIAL SPECIAL SET

DEFENDANT  KEATHLEY STANLEY EARL

JUDGE  CFB

CLERK  CJL

INTERPRETER

CITATION FILE #  CHP88006DM

- ☑ DEFENDANT PRESENT
- ☐ DEFENDANT NOT PRESENT
- ☐ FORFEITED
- ☐ IN CUSTODY
- ☐ DEFENDANT ADVISED OF RIGHTS
- ☐ W/MOTHER
- ☐ WITH COUNSEL
- ☐ EXONERATED
- ☑ OFFICER SWORN AND TESTIFIED
- ☐ TIME WAIVED   ☐ TIME NOT WAIVED
- ☐ W/FATHER
- ☐ BAIL BOND
- ☐ REINSTATED
- ☑ DEFENDANT SWORN AND TESTIFIED
- ☐ COURT TRIAL WAIVED
- OTHER _____   # _____
- ☐ BAIL TO APPLY TO FINE

| CITATION FACSIMILE | CHARGES | PLEA | COURT FINDING | FINE/PC | DUE | DISP |
|---|---|---|---|---|---|---|
| 04/03/07   3:10 A  TUESDAY | | | | | | X |
| KEATHLEY STANLEY EARL | 4000A1   VC | | | | | |
| | REGISTRATION | | | FG/TVS $94 | 8-20-07 | |
| DLN: S0396912 | 21658A   VC | | | $20 | | |
| DOB: 05/27/51 | UNSAFE LANE CHANGE | | | | | |
| VLN: 288RDE   CA | STATE MAND SEC FEE | | | | | |
| DAT   81  VIN: | | | | | | |

Court trial held; Officer ID's def.; cross exam waived; def. testifies on his own behalf; Court finds def guilty

N/B US 101 JSO/YOLANDA

PRIORS:

** DEFENDANTS OTHER CITATIONS **

DEFENDANT ADDRESS:
4220 WALLER RD SP 12  21
STOCKTON        CA 95212

MALE    HAIR: GRA EYES: BLU
HT:5- 8  WGT : 150 RACE:
OFFICER: 16577

- ☐ FINE SUSPENDED
- ☐ CREDIT FOR TIME SERVED
- ☐ TRIAL BY DECLARATION. PICK UP FORMS AT CLERK'S OFFICE TODAY
- ☐ RETURN FORM BY _____
- ☐ COURT  ☐ PARTY  MOTION FOR CONTINUANCE
- ☐ YOUR NEXT COURT DATE IS _____ AT _____
- ☐ YOUR COURT TRIAL DATE IS _____ AT _____
- ☐ CHECK IN AT THE CLERK'S OFFICE ½ HOUR PRIOR TO COURT TIME
- ☐ WARRANT TO ISSUE FOR $_____   ☐ CASH ONLY
- ☐ WARRANT RECALLED
- ☐ RELEASE FTP/ FTC _____
- ☐ CASE DISMISSED   ☐ CIVIL ASSESSMENT _____

### TERMS OF PROBATION/SENTENCE

COURT PROBATION GRANTED FOR _____ MONTHS WITH THE FOLLOWING TERMS AND CONDITIONS.

☑ PAY FEES OF $ 33 ON OR BEFORE 8-20-07
DATE

☑ ATTEND ☑ TRAFFIC SCHOOL  ☐ ALCOHOL AWARENESS PROGRAM  ☐ JUVENILE DUI SCHOOL  ☐ R.O.P.
YOU MUST REGISTER IMMEDIATELY AND COMPLETE BY 10-19-07

TOTAL FINE  $147

- ☐ DRIVER'S LICENSE SUSPENDED _____ DAYS/MONTHS
- ☐ DRIVER'S LICENSE RESTRICTED _____ DAYS/MONTHS
- ☐ MAY DRIVE TO AND FROM WORK DURING EMPLOYMENT
- ☐ TO AND FROM PROGRAM / SCHOOL
- ☐ COURT ORDERS DMV TO SUSPEND/REVOKE LICENSE
- ☑ ALL CORRESPONDENCE AND MAILED FINES MUST BE SENT TO THE FOLLOWING ADDRESS:

  SUPERIOR COURT OF CALIFORNIA,
  COUNTY OF SONOMA
  TRAFFIC DIVISION, ROOM 109-J
  600 ADMINISTRATION DRIVE
  SANTA ROSA, CALIFORNIA 95403-2878

- ☐ PAY A FINE OF $_____ TO THE CLERK'S OFFICE AT
  $_____ PER MONTH BEGINNING _____
  UNTIL PAID + $_____ PROCESSING FEE.

- ☐ TO WORK _____ HOURS VOLUNTEER WORK IN LIEU OF
  $_____ IN FINES BY _____
  CONTACT VOLUNTEER BUREAU IMMEDIATELY.

- ☐ JAIL TIME OF _____ IN LIEU OF FINE.

JUDGE _____   DATE _____

DEFENDANT'S SIGNATURE  X _____   MAILING ADDRESS _____   SOC. SEC. NO. _____

I HAVE RECEIVED A COPY OF THESE CONDITIONS OF SENTENCE AND I UNDERSTAND AND AGREE TO COMPLY. VIOLATION OF THE CONDITIONS OF THIS SENTENCE WILL RESULT IN FURTHER COURT ACTION AND PENALTIES.

DEFENDANT'S COPY / JAIL COPY

# PARKER · STANBURY LLP

**ATTORNEYS AT LAW**

444 SOUTH FLOWER STREET

NINETEENTH FLOOR

LOS ANGELES, CA 90071-2901

TELEPHONE (213) 622-5124

FAX (213) 622-4858

E-MAIL: LA@PARKSTAN.COM

MANAGING PARTNER

ROBERT W. LoPRESTI

DOUGLASS H. MORI
JOHN D. BARRETT, JR. *
ROBERT W. LoPRESTI *
RONALD L. SMITH
TIMOTHY D. LUCAS *
J. LUIS GARCIA
MICHAEL E. McCABE
MARY ANNE FORAN
MATTHEW T. SALABEN
CHRISTOPHER M. MOEN
MATTHEW W. DAVIS
REYNALDO C. SANTOS
MOJDEH ZAMANI
DAVID E. COWAN
MICHAEL D. ROUNTREE
ALAN G. SEIMS

GEORGE A. HUNLOCK
ALEX L. SHIA
B. PETER LEE
TAMARA A. HAGGSTROM
MARCUS BASTIDA
ANTHONY W. JANSING
MARK E. STENSON
THERESA J. CARROLL
ROSEMARIE MERRILL
DAVID C. LANE
DONALD G. FURNESS
MICHAEL J. FRIEDMAN
DANA C. GIOVINE
MATHEW L. MAY
PATRICK M. HEVESY
ALAN B. SHEATS

ALLA TENINA
FELICIA EDELMAN
ELIZABETH UNRATH
JOHN E. REDD
MARK A. GORDON
NELSON J. SCHWARTZ
JEFF H. GREEN
GLENN M. HABAS
GEORGANN CARMAN
MARIN. CARELLA
MICHAEL J. GRUSH
WILLIAM M. PAO
ARMANDO M. GALVAN
JOEL O. MARTINEZ
TIEN H. LE
MICHAEL S. KANG

BENJAMIN J. JESUDASSON
MICHAEL D. EVNIN
ARATI A. KULKARNI
JESS R. SANTIAGO
NICOLE R. LEWIS
AMANDA J. FORNWALT
DAVID W. HEARST
RICHARD B. BURRIS
JOHN J. CARIATI
RICARDO MERCADO
FRANK E. MILLER
DAVID W. BIGGS
GLORIA M. JUAREZ
JUDY Y. KIM
BRUCE D. McALLISTER
H. MICHAEL SONG

\* MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

THOMAS L. WADDELL, OF COUNSEL

HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

August 11, 2008

Stanley E. Keathley
1848 Ashby Road, Space 69
Merced, California  95348-4004

Dear Mr. Keathley:          Re:  Personal Injury Matter
                                 Our File No.:  2226020

Thank you for using your *Pre-Paid Legal Services* membership.

I spoke with you on August 8, 2008 regarding your legal matter involving a personal injury matter.  I advised you that should you desire a referral for further handling of this matter, the coverage benefits would be under Title V, 25% discount.  You indicated that you do desire a referral regarding this matter and said request is currently being processed.  Once said referral has been processed, you should contact the attorney to whom you have been referred immediately in order to assure adequate time for your case to be prepared in this matter.

Please be advised that **we do not represent you in this matter**.  As I further advised you, for the usual personal injury case (i.e. auto accident, slip & fall, etc.), you have **two (2) years** to file a lawsuit against the party or parties you feel may be responsible for the injuries and/or accident.  This time runs two (2) years from the time of the injury and/or accident, which you stated was approximately on **October 5, 2007.**  Based on the information you provided, the Statute of Limitations could run as early as **October 5, 2009.  Therefore, you must take immediate action in order to preserve your legal rights.**

Again, **this office does not represent you in this matter**.  Please be aware that you must file a lawsuit or take appropriate legal action **before the Statute of Limitations expires** in order to preserve your legal rights with regard to this matter.

Very truly yours,

PARKER · STANBURY LLP

By *Mari N. Carella*
MARI N. CARELLA

MNC:me

ORANGE COUNTY
19200 VON KARMAN AVENUE, STE. 500
IRVINE 92612-8504
(714) 547-7103
FAX (714) 547-3428

SAN BERNARDINO
306 WEST SECOND STREET
SAN BERNARDINO 92401-1805
(909) 884-1256
FAX (909) 888-7876

SAN DIEGO
3131 CAMINO DEL RIO NORTH
SAN DIEGO 92108-5708
(619) 528-1259
FAX (619) 528-1419

SACRAMENTO
777 CAMPUS COMMONS ROAD
SACRAMENTO 958254309
(916) 565-7651
FAX (916) 929-0448

N:\_wpd_\me\Carella\Keathley-NR1(Stanley)2226020.doc:

**AAA**

*California State*
*Automobile Association*
*Inter-Insurance Bureau*

*P.O. Box 920*
*Suisun City, CA 94585-0920*

July 27, 2009

Stanley Keathley
Po Box 606
Death Valley, CA 92328

**Re:**   Insured:         Stanley Keathley
          Claim No.:       04-MB0281-0
          Date of Loss:    07/14/2009

Dear Mr. Stanley Keathley:

I'm writing to let you know that I have been assigned to handle your claim for the loss referenced above and submitted under your CSAA Members Car Policy, underwritten by the California State Automobile Association Inter-Insurance Bureau ("AAA"). I look forward to helping you resolve this matter in a fair and timely manner.

AAA strives to serve the needs of our Members, and delivering superior service is our constant goal. We will make every effort to resolve the claim within your policy limits. If you have any questions regarding this claim, please contact me.

Thank you for your continued cooperation.

Sincerely,

*Sherri L. Axthelm*

PA/HL Claims & Out of State Claim Representative III
888-582-3008 extension 7226
Fax 707-863-9052


F268K (Apr 2002)